J. R. McKINLAY et al., Appellants, v. CITY OF STARKE, a Municipal Corporation, Appellee.

Supreme Court of Florida.
Jan. Term, 1936.

J. Ollie Edmunds, of Jacksonville, for appellants. •

A. S. Crews, of Starke, for appellee.

.PER CURIAM.

Appeal dismissed on motion of counsel for appellee.